## STATE OF OREGON,
*Respondent,*

*v.*

## GLENN DOUGLAS MILLER,
*Appellant.*

(B924280; CA A76680)

854 P2d 1007

Sam I. Hochberg, Portland, argued the cause and filed the brief for appellant.

Ann F. Kelley, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

## PER CURIAM

Defendant's motion to strike the state's brief is denied. On the merits, defendant raises a constitutional vagueness challenge directed at the traffic infraction of "failure to wear approved headgear." ORS 814.269; ORS 815.050. Assuming, without deciding, that such a challenge is appropriate in a case not involving penal sanctions, we conclude that the laws cited by defendant are not unconstitutionally vague. Defendant's concerns are best addressed to the legislature.

Motion to strike state's brief denied; otherwise affirmed.